JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXANDER JACOME, | Case No. CV 18-5426-FMO (SP) |
| Petitioner, | |
| v. | **JUDGMENT** |
| STIRLING PRICE, | |
| Respondent. | |

Pursuant to the Memorandum and Order Granting Voluntary Dismissal,

IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed without prejudice.

Dated: April 18, 2019

_____/s/_____
HONORABLE FERNANDO M. OLGUIN
UNITED STATES DISTRICT JUDGE